UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DOOLEY,<br><br>        Plaintiffs,<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY LLC,<br><br>        Defendants. | Case No. 16-cv-00470-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 9, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 15, 2016.

DESIGNATION OF EXPERTS: 3/31/17; REBUTTAL: 4/14/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 12, 2016.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 13, 2017;
    Opp. Due: January 27, 2017; Reply Due: February 3, 2017;
    and set for hearing no later than February 17, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 8, 2017 at 3:30 PM.

JURY TRIAL DATE: August 21, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel shall inform the Court by 5/13/16 of the name of the mediator and the date of the session.  The mediation session shall be completed by 8/26/16. Counsel are in the process of drafting a protective order.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 4/29/16

_____
SUSAN ILLSTON
United States District Judge