1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN DOOLEY, an individual<br><br>        Plaintiff,<br><br>   v.<br><br>TESORO REFINING & MARKETING COMPANY, LLC, TESORO REFINING & MARKETING COMPANY, and DOES 1 through 50, inclusive,<br><br>        Defendants. | **Case No. 3:16-cv-00470-SI**<br><br>*(Assigned to Courtroom 1 the Honorable Susan Illston, Judge, for all purposes)*<br><br>[PROPOSED] **ORDER GRANTING STIPULATION RE: DISMISSAL**<br><br>Complaint Filed: November 30, 2015 |

[PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL

LA:413712.1

1

## ORDER

2    Having considered the parties' Stipulation Re: Dismissal, the Court issues the

3  following order:

4    It is hereby ORDERED that this entire action, including all parties and all

5  causes of action, is dismissed with prejudice.

6

7  **IT IS SO ORDERED.**

8

9  Dated: _____Nov. 14_____, 2016    _____

10                                        The Honorable Susan Illston
                                          United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1

1

## CERTIFICATE OF SERVICE

2      I, Mina Tunson, certify and declare as follows:

3      I am over the age of 18 years and not a party to this action. My business

4   address is 333 South Grand Avenue, 38th Floor, Los Angeles, California 90071, which

5   is located in Los Angeles, California where the mailing described below took place.

6   On November 10, 2016, I served the following document: **[PROPOSED] ORDER**

7   **GRANTING STIPULATION RE DISMISSAL**

8      with the Clerk of the court by using the CM/ECF system which then sent a

9   notification of such filing to the following:

10

11

**Nancy L. McCoy**
**Basham Law Group**
**100 Pringle Avenue, Suite 450**
**Walnut Creek, California 94596**
**Telephone: (925) 309-6112**
**Facsimile (925) 952-7078**
**Email: nancy@bashamlawgroup.com**

12

13

14

15

16      I declare under penalty of perjury under the laws of the United States of

17   America that the above is true and correct.

18   Signed:

Mina Tunson

19

20   Dated: November 10, 2016

21

22

23

24

25

26

27

28

[Proposed] Order Granting Stipulation Re Dismissal

LA:413712.1

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543